# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

CATHERINE COWARD )
)
)
)
v. ) Case No. CV 106-110
)
)
MCG HEALTH BENEFIT PLAN )
)

## ORDER

On April 10, 2007, the Court entered a show cause order directing counsel for plaintiff to show cause within ten days why this case should not be dismissed for want of prosecution as to defendant, MCG Health Benefit Plan.

Counsel for plaintiff has failed to respond to the Court's order.

IT IS HEREBY ORDERED that this case is dismissed without prejudice as to defendant, MCG Health Benefit Plan.

SO ORDERED this 30 day of April, 2007.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE